UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY DELPHIN,

    Plaintiff,

v.

EDWARDS, et al.,

    Defendants.

No. 2:23-cv-00493 KJM DB P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 18, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. On May 10, 2023, the magistrate judge granted plaintiff's motion for an additional thirty days to file objections. Plaintiff has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed April 18, 2023 (ECF No. 5) are adopted in full;

2. Plaintiff's claims regarding the deprivation of his property are dismissed; and

3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

DATED: July 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE