UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARDS, et al.,<br><br>  Defendants. | No.  2:23-cv-0493 KJM DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  In a document filed October 23, plaintiff informs the court that he has been transferred to a new prison.  He also seeks an extension of time to comply with any deadlines and states that he does not have his legal property.

In an order filed August 25, this court noted plaintiff's request to file a second amended complaint and gave him thirty days to do so.  In addition, this court recommended that plaintiff's May 2023 motions for preliminary injunctive relief be denied.  Plaintiff was given thirty days to file any objections to those recommendations.

Plaintiff has shown good cause for an extension of both deadlines set out in the August 25 order.  Plaintiff will be provided another copy of that order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 30) is granted.

1

2. Within thirty days of the filed date of this order, plaintiff shall file a second amended complaint. If plaintiff fails to file a timely second amended complaint, this case will proceed on plaintiff's first amended complaint, as screened in the court's July 18, 2023 order.

3. If plaintiff has objections to this court's recommendation that his motions for preliminary injunctive relief be denied, he must file those objections within thirty days of the filed date of this order.

4. The Clerk of the Court shall provide plaintiff with another copy of this court's August 25, 2023 Order and Findings and Recommendations.

Dated: October 30, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/delp0493.sac&obj eot

2