UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN, | No. 2:23-cv-0493 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDWARDS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action under 42 U.S.C. §1983.  Plaintiff alleges defendants used excessive force and failed to submit his grievance.  On May 18, 2023, plaintiff filed a first amended complaint.  (ECF No. 14.)  On screening the first amended complaint, this court found plaintiff stated potentially cognizable claims for excessive force against defendants Compos, Edwards, Moore, and Georogiou and further found plaintiff failed to state any other claims. (ECF No. 19.)  Plaintiff was given the option of proceeding on his excessive force claims against defendants Compos, Edwards, Moore, and Georogiou or filing a second amended complaint.

On August 10, 2023, plaintiff notified the court that he wanted to file a second amended complaint.  (ECF No. 26.)  In an order filed August 25, 2023, this court gave plaintiff thirty days to file the second amended complaint.  (ECF No. 28.)  Plaintiff was advised that if he failed to file

////

a timely second amended complaint, this case would proceed on the claims found cognizable in plaintiff's first amended complaint.

Also on August 25, this court recommended that plaintiff's two motions for preliminary injunctive relief (ECF Nos. 10, 13) be denied. (ECF No. 28.) Plaintiff was given thirty days to file objections to those findings and recommendations.

On October 23, 2023, plaintiff informed the court that he had been moved to a new prison. Plaintiff also requested extensions of the deadlines set out in the August 25 order and findings and recommendations. (ECF No. 30.) In an order filed October 31, 2023, this court granted plaintiff's requests. (ECF No. 31.) Plaintiff was given an additional thirty days to file a second amended complaint and to file any objections to this court's recommendations that his motions for preliminary injunctive relief be denied.

On December 8, 2023, plaintiff again informed the court that he had been moved to a new prison. In that filing, plaintiff also requests an evidentiary hearing. (ECF No. 32.) Also on December 8, plaintiff filed a notice that he seeks to file a second amended complaint. (ECF No. 33.)

First, this court notes that an evidentiary hearing is premature. No defendants have appeared in this case because, as yet, there has not been service of a complaint. Accordingly, plaintiff's motion for an evidentiary hearing will be denied.

Second, plaintiff's December 8 notice that he wishes to file a second amended complaint is both redundant and much too late. After plaintiff notified the court in August that he wished to file a second amended complaint, on August 25, this court gave plaintiff thirty days to do so. On October 31, plaintiff was given an additional thirty days. Plaintiff's second amended complaint was due for filing on December 1, 2023.

This court recognizes that plaintiff has been moved several times since he filed this action and that he is proceeding pro se. Therefore, this court will allow plaintiff one <u>last</u> opportunity to file a second amended complaint. Plaintiff is warned that if he fails to file a second amended complaint within twenty days of the date of this order, this case will proceed on his first amended complaint as screened.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an evidentiary hearing (ECF No. 32) is denied.
2. Within twenty days of the date of this order, plaintiff shall file a second amended complaint. If plaintiff does not file a timely second amended complaint, this case will proceed on the Eighth Amendment claims in plaintiff's first amended complaint that this court previously found cognizable.

Dated:  February 8, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/delp0493.sac eot