UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARDS, et al.,<br><br>  Defendants. | No.  2:23-cv-0493 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On May 2, 2024, plaintiff filed a document entitled "Response to Order."  (ECF No. 41.)  Therein, plaintiff asks that the case proceed on the Eighth Amendment claims found cognizable in his first amended complaint.  He states that he filed a request to withdraw the second amended complaint previously.  Plaintiff is advised that his earlier request was received and, as stated in the court's March 5, 2024 order, this case is proceeding on the Eighth Amendment claims in the first amended complaint.  (See ECF No. 36.)

Plaintiff also appears to ask about the status of his motions for preliminary injunctive relief.  Plaintiff is advised that Chief Judge Mueller denied those motions in an order filed April 4, 2024. (See ECF No. 39.)

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to withdraw his second
2  amended complaint (ECF No. 41) is dismissed as moot.
3  Dated: May 6, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/delp0493.req moot or

2