IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARDS, et al.,<br><br>  Defendants. | Case No. 2:23-cv-0493 KJM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed May 17, 2024, this court referred this case to the court's Post-Screening ADR Project and stayed the case for 120 days.  The order provided that defendants could opt out of an early settlement conference by filing a motion within 60 days.  Defendants have done so. Defendants' counsel states that after investigating the case, speaking with plaintiff, and conferring with their supervisor, they determined that holding a settlement conference at this time would be a waste of resources.  This court finds defendants have established good cause to opt out of the Post-Screening ADR Project.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 45) is granted;

    2.   The stay of this case is lifted; and

    3.   A scheduling order will issue shortly.

Dated:  July 16, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner inbox/civil rights/R/delp0493.opt out