UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARDS, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-0493 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed July 17, 2024, this court granted defendants' motion to opt out of the Post-Screening ADR Project and lifted the stay of this case.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendants shall file a response to the first amended complaint.

Dated:  July 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/delp0493.answ

1