UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARDS, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0493-DC-SCR<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 20, 2025, defendants filed a motion for summary judgment. ECF No. 55. Shortly thereafter, plaintiff filed a notice of change of address indicating that he has been transferred to Kern Valley State Prison. ECF No. 56. A review of defendants' proof of service for the motion for summary judgment indicates that it was mailed to plaintiff at the California Health Care Facility in Stockton. ECF No. 55-16. Based on plaintiff's prison transfer, defendants are ordered to re-serve the motion for summary judgment. In addition, the court will reset the briefing deadlines on the pending motion.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Within 7 days from the date of this order, defendants shall serve a copy of their motion for summary judgment on plaintiff at Kern Valley State Prison, P.O. Box 5107, Delano, California 93216-6000 and file a proof of service with the court indicating compliance with this order.

1

    2. Plaintiff shall file an opposition or a statement of non-opposition within twenty-one days after service of the motion. The failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

    3. Defendants may file a reply to the opposition within 14 days after the opposition has been filed in CM/ECF.

    4. The motion for summary judgment will be deemed submitted on the papers at the expiration of the briefing deadlines set herein.

DATED: May 2, 2025

SEAN C. RIORDAN  
UNITED STATES MAGISTRATE JUDGE