# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**AMENDED JUDGMENT IN A CIVIL CASE**

**JEREMY DELPHIN,**

v.

CASE NO: **2:23−CV−00493−DC−SCR**

**EDWARDS, ET AL.,**

---

Decision by the Court. This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/20/2026 .

ENTERED: **July 20, 2026**

by: /s/ **Keith Holland**
Clerk of Court